886 A.2d 658

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. QUENTIN E. BUICE, DEFENDANT–PETITIONER.

November 9, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.2d* 724 (2005).

886 A.2d 658

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. C. L., DEFENDANT–MOVANT.

November 10, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.2d* 724 (2005).

886 A.2d 658

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CORNELIUS ELLIS, DEFENDANT–PETITIONER.

November 10, 2005.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.2d* 724 (2005).